UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

GLADYS E. BOUDOIN,   )
                Plaintiff,   )   2:07-CV-00019-PMP- GWF
     vs.   )
                                             )   O R D E R
TRANSPORTATION SECURITY   )
ADMINISTRATION, et al.,   )
                Defendants.   )

       Before the Court for consideration is Plaintiff Gladys Boudoin's letter requesting that her case not be dismissed (Doc. #12), filed on October 14, 2008. On March 11, 2009, the Honorable George Foley, Jr., United States Magistrate Judge, entered a Findings and Recommendation (Doc. #15) recommending that Plaintiff Boudoin's case be dismissed. Plaintiff Boudoin had to and including March 27, 2009, in which to file her objection.

       The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 3-2, any objection to the Finding and Recommendation must be in writing and filed with the

Clerk of Court within ten (10) days.  There being no said objection by Plaintiff Boudoin, the Court determines that Magistrate Judge Foley's Report of Findings and Recommendation should be Affirmed.

**IT IS THEREFORE ORDERED that** Plaintiff Gladys Boudoin's letter requesting that her case not be dismissed (Doc. #12) is hereby DENIED.

**IT IS FURTHER ORDERED that** the Clerk of Court shall DISMISS this case without prejudice.

DATED:  March 30, 2009.

_____
PHILIP M. PRO
United States District Judge